ACCEPTED
06-15-00059-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/9/2015 11:00:56 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00059-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/9/2015 11:00:56 AM
DEBBIE AUTREY
Clerk

## IN THE SIXTH DISTRICT COURT OF APPEALS TEXARKANA, TEXAS

**Frankie Marie Miller, Individually and as Representative of the Estate of T.J. Miller,**
**Appellant,**

**v.**

**John D. Mullen, M.D. and Titus Regional Medical Center,**
**Appellees.**

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

1.      Appellant's Brief is due on November 12, 2015. Appellant seeks a 21-day extension to make the brief due on December 3, 2015.

2.      This is the first request for an extension.

3.      The record was filed in this case on October 12, 2015. Between October 12 and November 12, the undersigned has had or will have two oral arguments in the Supreme Court of Texas and another in the Texas Court of

**MOTION FOR EXTENSION**
**PAGE 1**

Criminal Appeals, and two petitions for review due in the Texas Supreme Court. This is in addition to the ordinary workload of counsel (which includes a reply brief in the El Paso Court of Appeals, appellees' brief in the Dallas Court of Appeals, appellee's brief in the Fort Worth Court of Appeals, and appellant's brief in the Fort Worth Court of Appeals).

4.    Appellee does not oppose this motion.

Based on the foregoing, Appellant asks that the deadline to file her brief be extended to December 3, 2015.

Respectfully submitted,

/s/Charles "Chad" Baruch
The Law Office of Chad Baruch
Texas Bar Number 01864300
3201 Main Street
Rowlett, Texas  75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
E-Mail: baruchEsq@aol.com

*Attorney for Appellant*

**MOTION FOR EXTENSION**
**PAGE 2**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Russell Schell, counsel for appellee, who stated that he does not oppose the relief sought by this motion.

/s/Charles "Chad" Baruch

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this notice of appeal was served this 9th day of November, 2015, upon the following counsel of record by efiling and email:

Russell W. Schell
Schell Cooley LLP
15455 Dallas Parkway, Suite 550
Addison, Texas 75001
Trial Counsel for Appellees
rschell@schellcooley.com
vbrumley@schellcooley.com
shaley@schellcooley.com

/s/Charles "Chad" Baruch